# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Jennifer Ziccardi-Colson<br>Keith Colson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:18-cv-00094-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Wayne Turner<br>Margaret Turner<br>Wildlife Woods Campground, Inc.**,**<br>Defendant(s). | )<br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 8, 2020 Order.

January 8, 2020

_____

Frank G. Johns, Clerk
United States District Court